# UNITED STATES DISTRICT COURT
## District of Minnesota

Alex David Guasco Chuma,

                Petitioner(s),

v.

Pamela Bondi, Daren K. Margolin, Kristi Noem, Executive Office for Immigration Review, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood,

                Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-271 NEB/EMB

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;

b. ORDERS that Respondents must release Petitioner from custody in Minnesota immediately;

c. ORDERS that, within two days, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred; and

d. ENJOINS Respondents from moving Petitioner outside of Minnesota prior to Compliance with this Order. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return Petitioner to Minnesota.

Date: 1/18/2026

KATE M. FOGARTY, CLERK